AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
August 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| (1) Daniel LOPEZ-Gameros | ) Case No. **PE: 24-MJ-393** |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 19, 2024** in the county of **Reeves** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 (a)(1) &(b)(1)(A) | Knowingly or Intentionally Possess with the Intent to Distribute approximately 23.8 kilograms / 52.4 pounds of Cocaine, a Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment:

☑ Continued on the attached sheet.

*Douglas McIntyre*
*Complainant's signature*

Douglas McIntyre, DEA-Special Agent
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 08/21/2024

*Judge's signature*

City and state: Alpine, Texas

David Fannin, US Magistrate Judge
*Printed name and title*

## ATTACHMENT

**Defendants:**

(1) Daniel LOPEZ-Gameros

**FACTS:**

On August 19, 2024, a Reeves County Sheriff's Office (RCSO) Deputy was working criminal interdiction on Interstate 20 near Pecos, Texas. At approximately 12:53PM, a RCSO Deputy initiated a traffic stop on a black 2016 Dodge Journey for a traffic violation near Interstate Business 20 and Farm to Market (FM) 2119 in Pecos, Texas, within the Western District of Texas. The traffic violations observed was failure to signal within the required distance (100 feet) of a turn.

The driver and sole occupant of the 2016 Dodge Journey was identified as Daniel LOPEZ-Gameros. During a consensual search, the RCSO Deputy observed several indicators which lead the deputy with an assigned canine to conduct a non-intrusive free air sniff of the vehicle. During this free air sniff of the vehicle, the canine alerted to the presence of narcotics in the vehicle.

After the canine alerted, the RCSO Deputy located approximately 20 compressed bricks of suspected cocaine concealed within the gas tank of the vehicle. The contents of the packages later tested positive for the characteristics of cocaine. The total weight of the cocaine was approximately 23.8 kilograms / 52.4 pounds.

On the same date, Special Agents (SA) Douglas McIntyre and Mark Ruckman of the Drug Enforcement Administration (DEA) Alpine Resident Office responded to assist the Reeves County Sheriff's Office with the investigation.

After Miranda Warning, LOPEZ-Gameros admitted to knowingly and willingly possessing the cocaine with the intent to deliver to another for financial compensation.

LOPEZ-Gameros was transported to the Brewster County Jail in Alpine, Texas pending his initial appearance in court.

Respectfully submitted,

*Douglas McIntyre*
Douglas McIntyre
Special Agent
Drug Enforcement Administration

_____
David Fannin
UNITED STATES MAGISTRATE JUDGE